✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF VIRGINIA

United States of America
V
Soufiane Bougria

**EXHIBIT AND WITNESS LIST**

Case Number: 5:25cr00022

| PRESIDING JUDGE Hon. Jasmine H. Yoon | | | PLAINTIFF'S ATTORNEY Sally Sullivan & Christopher Browne | | DEFENDANT'S ATTORNEY Sheridan L. England | |
|---|---|---|---|---|---|---|
| TRIAL DATES March 16-18, 2026 | | | COURT REPORTER Lisa Blair & Whitney Stier | | COURTROOM DEPUTY Desiree Audia | |
| GOV'T NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION AND EXHIBITS* AND WITNESSES | |
| 11 | | 03/16/2026 | Yes | Yes | Audio: 911 Call_Sean Phillips 1 | |
| 12 | | 03/16/2026 | Yes | Yes | Audio: 911 Call_Sean Phillips 2 | |
| 13 | | 03/16/2026 | Yes | Yes | Audio: 911 Call_Ned Huerster | |
| 20 | | 03/16/2026 | Yes | Yes | Mathews Arm Campground Area Map | |
| 21 | | 03/16/2026 | Yes | Yes | Mathews Arm Campground Map | |
| 22 | | 03/16/2026 | Yes | Yes | Mathews Arm-Elkwallow Detail Map | |
| 23 | | 03/16/2026 | Yes | Yes | Shendandoah National Park Map | |
| 70 | | 03/16/2026 | Yes | Yes | Sealed Medical Photo | |
| 71 | | 03/16/2026 | Yes | Yes | Photo: Palm and wrist | |
| 72 | | 03/16/2026 | Yes | Yes | Photo: Wrist with stiches | |
| 73 | | 03/16/2026 | Yes | Yes | Photo: Forearm with stiches | |
| 74 | | 03/16/2026 | Yes | Yes | Photo: B.A. in Fairfax | |
| 80 | | 03/16/2026 | Yes | Yes | Walmart Records | |
| 81 | | 03/16/2026 | Yes | Yes | 902(11) Certification Walmart | |
| 82 | | 03/16/2026 | Yes | Yes | T-Mobile Call Detail Report (excel spreadsheet 1) | |
| 83 | | 03/16/2026 | Yes | Yes | T-Mobile Call Detail Report (excel spreadsheet 2) | |
| 84 | | 03/16/2026 | Yes | Yes | T-Mobile Subscriber data | |
| 85 | | 03/16/2026 | Yes | Yes | 902(11) Certification T-Mobile | |
| 86 | | 03/16/2026 | Yes | Yes | T-Mobile Call Detail Report Summary Chart | |
| 90 | | 03/16/2026 | Yes | Yes | Booking Info Rockingham County Jail | |
| 91 | | 03/16/2026 | Yes | Yes | 902(11) Rockingham County Jail | |
| 101 | | 03/16/2026 | Yes | Yes | Photo: Campsite wide | |
| 102 | | 03/16/2026 | Yes | Yes | Photo: Campsite | |
| 103 | | 03/16/2026 | Yes | Yes | Photo: Chairs | |
| 104 | | 03/16/2026 | Yes | Yes | Photo: Bloody napkin | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF VIRGINIA

United States of America
V
Soufiane Bougria

**EXHIBIT AND WITNESS LIST**

Case Number: 5:25cr00022

| PRESIDING JUDGE<br>Hon. Jasmine H. Yoon | PLAINTIFF'S ATTORNEY<br>Sally Sullivan & Christopher Browne | | DEFENDANT'S ATTORNEY<br>Sheridan L. England | |
|---|---|---|---|---|
| TRIAL DATES<br>March 16-18, 2026 | COURT REPORTER<br>Lisa Blair & Whitney Stier | | COURTROOM DEPUTY<br>Desiree Audia | |
| 105 | | 03/16/2026 | Yes | Yes | Photo: Bloody box | |
| 106 | | 03/16/2026 | Yes | Yes | Photo: Bloody box | |
| 107 | | 03/16/2026 | Yes | Yes | Photo: Bloody box | |
| 108 | | 03/16/2026 | Yes | Yes | Photo: Bloody bottle | |
| 109 | | 03/16/2026 | Yes | Yes | Photo: Tent wide | |
| 110 | | 03/16/2026 | Yes | Yes | Photo: Hatchet | |
| 111 | | 03/16/2026 | Yes | Yes | Photo: Hatchet | |
| 112 | | 03/16/2026 | Yes | Yes | Photo: Hatchet | |
| 113 | | 03/16/2026 | Yes | Yes | Photo: Hatchet | |
| 114 | | 03/16/2026 | Yes | Yes | Photo: Hatchet | |
| 115 | | 03/16/2026 | Yes | Yes | Photo: Hatchet | |
| 116 | | 03/16/2026 | Yes | Yes | Photo: Pepper Spray | |
| 117 | | 03/16/2026 | Yes | Yes | Photo: Tent and crocs | |
| 118 | | 03/16/2026 | Yes | Yes | Photo: Tent and crocs | |
| 119 | | 03/16/2026 | Yes | Yes | Photo: Blanket | |
| 120 | | 03/16/2026 | Yes | Yes | Photo: Blanket | |
| 121 | | 03/16/2026 | Yes | Yes | Photo: Blanket | |
| 122 | | 03/16/2026 | Yes | Yes | Photo: Crocs tread | |
| 123 | | 03/16/2026 | Yes | Yes | Photo: Crocs tread | |
| 124 | | 03/16/2026 | Yes | Yes | Photo: Pink shoes | |
| 125 | | 03/16/2026 | Yes | Yes | Photo: Pink shoes tread | |
| 201 | | 03/16/2026 | Yes | Yes | Photo: Vehicle license plate | |
| 202 | | 03/16/2026 | Yes | Yes | Photo: Footprint | |
| 203 | | 03/16/2026 | Yes | Yes | Photo: Footprints | |
| 204 | | 03/16/2026 | Yes | Yes | Photo: Windshield damage | |
| 205 | | 03/16/2026 | Yes | Yes | Photo: Windshield damage | |

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF VIRGINIA

United States of America
V
Soufiane Bougria

**EXHIBIT AND WITNESS LIST**

Case Number: 5:25cr00022

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | | | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|---|---|---|---|
| Hon. Jasmine H. Yoon | | | Sally Sullivan & Christopher Browne | | | | | Sheridan L. England | |
| TRIAL DATES | | | COURT REPORTER | | | | | COURTROOM DEPUTY | |
| March 16-18, 2026 | | | Lisa Blair & Whitney Stier | | | | | Desiree Audia | |
| 206 | | 03/16/2026 | Yes | Yes | Photo: Windshield damage from inside | | | | |
| 207 | | 03/16/2026 | Yes | Yes | Photo: Windshield damage | | | | |
| 208 | | 03/16/2026 | Yes | Yes | Photo: Blood near door handle | | | | |
| 209 | | 03/16/2026 | Yes | Yes | Photo: Blood on windshield | | | | |
| 210 | | 03/16/2026 | Yes | Yes | Photo: Windshield damage | | | | |
| 211 | | 03/16/2026 | Yes | Yes | Photo: Footprints | | | | |
| 212 | | 03/16/2026 | Yes | Yes | Photo: Blood near door handle | | | | |
| 213 | | 03/16/2026 | Yes | Yes | Photo: Blood interior of driver's door | | | | |
| 214 | | 03/16/2026 | Yes | Yes | Photo: Blood interior of driver's door | | | | |
| 215 | | 03/16/2026 | Yes | Yes | Photo: Blood interior rear driver side door | | | | |
| 216 | | 03/16/2026 | Yes | Yes | Photo: Blood interior rear driver side door | | | | |
| 217 | | 03/16/2026 | Yes | Yes | Photo: Blood front passenger compartment | | | | |
| 218 | | 03/16/2026 | Yes | Yes | Photo: Blood dash board | | | | |
| 219 | | 03/16/2026 | Yes | Yes | Photo: Blood dash board | | | | |
| 220 | | 03/16/2026 | Yes | Yes | Photo: Blood on center console | | | | |
| 221 | | 03/16/2026 | Yes | Yes | Photo: Blood on center console | | | | |
| 222 | | 03/16/2026 | Yes | Yes | Photo: Front passenger compartment floor | | | | |
| 223 | | 03/16/2026 | Yes | Yes | Photo: Bougria Driver's License- Redacted | | | | |
| 301 | | 03/16/2026 | Yes | Yes | Photo: Bougria lower legs | | | | |
| 302 | | 03/16/2026 | Yes | Yes | Photo: Bougria akles, feet | | | | |
| 303 | | 03/16/2026 | Yes | Yes | Photo: Bougria top of hands | | | | |
| 304 | | 03/16/2026 | Yes | Yes | Photo: Bougria palms of hands | | | | |
| 305 | | 03/16/2026 | Yes | Yes | Photo: Bougria fingers left hand | | | | |
| 306 | | 03/16/2026 | Yes | Yes | Photo: Bougria fingers right hand | | | | |
| 307 | | 03/16/2026 | Yes | Yes | Photo: Bougria thumbs | | | | |
| 10 | | 03/16/2026 | Yes | No | Audio: 911 Call_Michaela Kane | | | | Kane |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

United States of America
V
Soufiane Bougria

**EXHIBIT AND WITNESS LIST**

Case Number: 5:25cr00022

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|
| Hon. Jasmine H. Yoon | Sally Sullivan & Christopher Browne | | Sheridan L. England | |
| TRIAL DATES | COURT REPORTER | | COURTROOM DEPUTY | |
| March 16-18, 2026 | Lisa Blair & Whitney Stier | | Desiree Audia | |
| 50 | | 03/16/2026 | Yes | Yes | Video: Yount BWC Clip 1 | Yount |
| 51 | | 03/16/2026 | Yes | Yes | Video: Yount BWC Clip 2 | Yount |
| 52 | | 03/17/2026 | Yes | Yes | Video: Yount BWC Clip 3 | Yount |
| 53 | | 03/17/2026 | Yes | Yes | Video: Yount BWC Clip 4 | Yount |
| 55 | | 03/17/2026 | Yes | Yes | Video: Yount BWC Clip 6 | Yount |
| 1 | | 03/17/2026 | Yes | Yes | Physical Evidence: Hatchet | Yount |
| 60 | | 03/17/2026 | Yes | Yes | Video: Griffith BWC Clip 1 | Griffith |
| 40 | | 03/17/2026 | Yes | Yes | Sealed Medical Record | Mehindru |
| 70 | | 03/17/2026 | Yes | Yes | Sealed Medical Photo | Mehindru |
| 42 | | 03/17/2026 | Yes | Yes | Sealed Medical Record | Chhabria |
| 44 | | 03/17/2026 | Yes | Yes | Sealed Medical Record | Croog |
| 68b | | 03/17/2026 | Yes | Yes | Video: Snell BWC Clip 1 | Snell |
| 402 | | 03/18/2026 | Yes | ADM Limited Purposes | DEMONSTRATIVE ONLY- Audio: B.A. Interview with SA Stone | B.A. |
| 403 | | 03/18/2026 | Yes | NOT ADM | DEMONSTRATIVE ONLY - Investigative Activity Report | B.A. |
| 404 | | 03/18/2026 | Yes | NOT ADM | DEMONSTRATIVE ONLY - Text between A.B. and England | B.A. |
| | | | | | | |
| | | | | | **PLEASE NOTE THE FOLLOWING:** | |
| | | | | | **1.  Exhibits are all electronic, unless otherwise marked.  Date Offered is also Date Admitted.** | |
| | | | | | **2.  All Physical Evidence returned to Case Agent at completion of trial.** | |
| | | | | | **3.  Exhibits that are Videos, Clips, or Recordings cannot be uploaded to CM/ECF.** | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.          Page 4 of 4