# Mathews Arm Area - Shenandoah National Park

**National Park Service**
**U.S. Department of the Interior**



2/2018

**GOVERNMENT EXHIBIT**

**20**

North

Tuscarora Trail

Thompson Hollow Trail

Overall Run Trail

Tuscarora – Overall

Overall/Beecher Connector Trail

Run Trail

Ridge Trail

Beecher

Overall Run Falls (93')

(29')

Mathews Arm Trail

Tuscarora–Overall Run Trail

Beecher Ridge Trail

Mathews Arm Road

Heiskell Hollow Trail

Weddlewood Trail

Traces Trail

**Mathews Arm Campground**

Heiskell Hollow Trail

Traces Trail

Traces Trail

Hogback Overlook

Tuscarora–Overall Run Trail

MP 21

Knob Mountain Trail

Registration

Elkwallow Trail

| | |
|---|---|
| ▪▪▪▪▪ Hiking Trail | ▬▬▬ Paved Road |
| ▪▪(A)▪▪ Hiking Trail (Appalachian Trail) | ▬▬▬ Skyline Drive |
| ▪▪(⊙)▪▪ Hiking Trail (Horses) | ▬▬▬ Park Boundary |
| ▬▬ Unpaved Road | ▬▬ Stream |
| ▬⊙▬ Unpaved Road (Horses) | 🅿 Parking  ⦿ Building  ◯ Viewpoint  ⵲ Waterfall |

0       0.5 Kilometer

0       0.5 Mile

B8-USAO-001546

## Overall Run Falls Hike

| | |
|---|---|
| 5.1-mile round trip | 4-hours hiking time |
| Moderately Strenuous | 1,291-foot elevation gain |

From the Mathews Arm Campground registration parking area at mile 22.2, take Traces Trail to the yellow-blazed Mathews Arm Road. The road becomes Mathews Arm Trail. Stay on the right at its intersection with Beecher Ridge Trail and continue on Mathews Arm Trail following it to the intersection with Tuscarora-Overall Run Trail. Go left and follow it about a tenth of a mile to a side trail. From here you can see the upper falls. Continue downhill on the main trail another 1,300 feet for views of the biggest falls in Shenandoah at 93 feet. Retrace your steps back to your starting point. **Unless rain is plentiful, Overall Run Falls may have minimal to no water flow.**

NOTE: If the campground is closed, you can park at mile 21 and take the Appalachian Trail to the Tuscarora-Overall Run Trail. This route adds another mile to your hike. If you are already in the campground, you can take the yellow-blazed Mathews Arm Road from the B-loop.

## Traces Trail Hike

| | |
|---|---|
| 1.7-mile circuit | 1.25-hours hiking time |
| Easiest | 333-foot elevation gain |

From the registration parking area at mile 22.2, take the blue-blazed Traces Nature Trail around the campground.

## Hiking Difficulty Scale

**Easiest**: Generally suitable for anyone who enjoys walking. Mostly level or with a slight incline. Generally less than 3 miles.

**Moderate**: Generally suitable for novice hikers seeking a bit of a challenge. The terrain will involve a moderate incline and may have some steeper sections. Generally 3 to 5 miles.

**Moderately Strenuous**: Generally challenging for an unconditioned person. The terrain will involve a steady and often steep incline. Generally 5 to 8 miles.

**Strenuous**: Will challenge most hikers. The hike will generally be longer and steeper, but may be deemed strenuous because of the elevation gain. Generally 7 to 10 miles.

**Very Strenuous**: Only well-conditioned and well-prepared hikers should attempt. Generally long and steep, and may include rock scrambling, stream crossings, and other challenging terrain. Generally 8 miles and over.

## Markers & Blazes

**Trail markers** are at trailheads and intersections. The metal bands are stamped with directional and mileage information.





**Trail blazes** are found on trees and rocks throughout the Park. The color identifies the trail type:

**Blue** - Hiking trail
**White** - Appalachian Trail
**Yellow** - Open to horses

## Need to Know

- Pets must be on a leash no longer than 6 feet at all times.
- Do not attempt to cross streams during icy conditions or flooding.
- It's dangerous and potentially deadly to climb on the rocks near waterfalls.
- Be sure you are physically able to complete the hike you've chosen.
- Take plenty of water—at least a quart per hour.
- When you return from your hike, check for ticks.
- Be sure someone knows where you are and when to expect your return.
- Leave what you find. Artifacts are protected by law.
- Filter or treat water from streams before drinking.
- Cell and GPS services are unreliable.

## Good to Know

Traces Trail is a fairly smooth walk with a few moderately steep places through a former homesite. Look for rock walls and old road beds. Shenandoah was created from over 1,000 privately owned tracts of land. Throughout the Park you can find traces of those who lived and worked in these mountains and sacrificed their land and homes for this national park. Please show your respect by not disturbing artifacts.

## Leave No Trace

- Plan ahead and prepare.
- Travel and camp on durable surfaces.
- Dispose of waste properly.
- Leave what you find.
- Respect wildlife.
- Be considerate of other visitors.

2

Trail maintenance and map funded by recreation fee dollars.

P8-USAO-001547